U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 10 2006

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

**CRIMINAL NO. 01-10012-03**

-vs-

**JUDGE LITTLE**

KENNETH WAYNE PEARSON

## AMENDED JUDGMENT

Defendant Kenneth Wayne Pearson ("Pearson") argued on appeal that his sentence should be vacated in light of United States v. Booker, 125 S. Ct. 738 (2005). On 6 May 2005, the United States Court of Appeals for the Fifth Circuit vacated Pearson's sentence and remanded the case to this court for resentencing. After conducting a hearing on this day, Pearson's sentence imposed on 10 May 2002, which included a term of imprisonment of 336 months, is amended as follows:

The defendant, Kenneth Wayne Pearson, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 188 months.

Alexandria, Louisiana

9 February 2006

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE